UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, COLUMBIA RIVERKEEPER, SPOKANE RIVERKEEPER, RE SOURCES, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, and MAKAH INDIAN TRIBE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Administrator, United States Environmental Protection Agency,<br><br>Defendants. | Case No. 2:20-cv-907<br><br>NOTICE OF RELATED CASE |

The following case is pending in this Court and involves a material part of the same subject matter as it concerns a challenge to EPA's Reversal of the Nov. 15, 2016 Clean Water Act Section 303(c) Partial Disapproval of Washington's Human Health Water Quality Criteria Submitted on August 1, 2016 and Decision to Approve Washington's Criteria (May 10, 2019):

*State of Washington v. U.S. EPA*, No. 2:19-cv-00884, Judge Richard A. Jones.

NOTICE OF RELATED CASES
(No. 2:20-cv-907)                    -1-

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*

Plaintiffs Puget Soundkeeper Alliance *et al.* are challenging the same EPA action, as well as a subsequent and related EPA action regarding Washington's water quality standards. These cases involve the same Defendants and at least one similar claim challenging agency action; they involve similar questions of fact and some of the same questions of law; and their assignment to the same Judge is likely to effect a substantial savings of judicial labor.

DATED this 11th day of June, 2020.

*s/ Marisa C. Ordonia*
Marisa C. Ordonia, WSBA # 48081
Janette K. Brimmer, WSBA #41271
EARTHJUSTICE
810 Third Avenue, Suite 610
Seattle, WA 98104
(206) 343-7340
mordonia@earthjustice.org
jbrimmer@earthjustice.org

*Attorneys for Puget Soundkeeper Alliance, Columbia Riverkeeper, Spokane Riverkeeper, RE Sources, Pacific Coast Federation of Fishermen's Associations, Institute for Fisheries Resources, and Makah Indian Tribe*

Wyatt F. Golding, WSBA No. 44412
Brian Gruber, WSBA No. 32210
Anna Brady, WSBA No. 54323
ZIONTZ CHESTNUT
2101 Fourth Avenue, Suite 1230
Seattle, WA 98121
wgolding@ziontzchestnut.com
bgruber@ziontzchestnut.com
abrady@ziontzchestnut.com
(206) 448-1230 | Phone
(206) 448-0962 | Fax

*Attorneys for Makah Indian Tribe*

NOTICE OF RELATED CASES
(No. 2:20-cv-907)

-2-

*Earthjustice*
*810 Third Ave., Suite 610*
*Seattle, WA 98104*
*(206) 343-7340*