The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, COLUMBIA RIVERKEEPER, SPOKANE RIVERKEEPER, RE SOURCES, PACIFIC COAST FEDERATION OF FISHERMEN'S ASSOCIATIONS, INSTITUTE FOR FISHERIES RESOURCES, and MAKAH INDIAN TRIBE,<br><br>                              Plaintiffs,<br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and ANDREW WHEELER, Administrator, United States Environmental Protection Agency,<br><br>                              Defendants,<br>and<br><br>NORTHWEST PULP & PAPER ASSOCIATION, AMERICAN FOREST & PAPER ASSOCIATION, and WASHINGTON FARM BUREAU,<br><br>         Applicant Defendant-Intervenors | CASE NO. 2:20-cv-00907-RAJ<br><br>ORDER GRANTING APPLICANT DEFENDANT-INTERVENORS ASSOCIATIONS' UNOPPOSED MOTION TO INTERVENE PURSUANT TO FRCP 24(A) AND 24(B) |

THIS MATTER came before the Court on Applicant Defendant-Intervenors Associations' Unopposed Motion to Intervene Pursuant to FRCP 24(A) and 24(B). The Court, having reviewed the files and records herein, hereby:

ORDER GRANTING APPLICANT DEFENDANT-
INTERVENORS ASSOCIATIONS' UNOPPOSED
MOTION TO INTERVENE PURSUANT TO FRCP 24(A)
AND 24(B) - 1
CASE NO. 2:20-cv-00907-RAJ

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310

that the Applicant Defendant-Intervenors Associations' Unopposed Motion to Intervene Pursuant to FRCP 24(A) and 24(B) is hereby granted. Applicant Defendant-Intervenors Northwest Pulp & Paper Association, American Forest & Paper Association, and Washington Farm Bureau are directed to file their proposed Answer with the Court within seven days.

DATED this 18th day of December, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING APPLICANT DEFENDANT-INTERVENORS ASSOCIATIONS' UNOPPOSED MOTION TO INTERVENE PURSUANT TO FRCP 24(A) AND 24(B) - 2
CASE NO. 2:20-cv-00907-RAJ

**Tupper Mack Wells PLLC**
2025 First Avenue, Suite 1100
Seattle, Washington 98121
TEL 206.493.2300  FAX 206.493.2310